# NO. 12-17-00268-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *MARY ELLEN DAVIS,*<br>*APPELLANT* | § | *APPEAL FROM THE* |
| *V.* | | |
| *MISTY DAVIS LANGFORD AND*<br>*BILLY RAY DAVIS, IN RE: ESTATE*<br>*OF JOHNNY RAY DAVIS,*<br>*DECEASED,* | § | *COUNTY COURT AT LAW* |
| *APPELLEES* | § | *NACOGDOCHES COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

Appellant, Mary Ellen Davis, and Appellees, Misty Davis Langford and Billy Ray Davis, have filed a joint motion to abate this appeal. The motion states that the parties have reached an agreement that resolves all issues subject to this appeal and they desire abatement to permit proceedings in the trial court to effectuate the parties' agreement. Accordingly, the joint motion to abate is granted, and the appeal is ***abated***. *See* TEX. R. APP. P. 42.1(a)(2)(C).

Opinion delivered November 30, 2017.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**NOVEMBER 30, 2017**

**NO. 12-17-00268-CV**

**MARY ELLEN DAVIS,**
Appellant
V.
**MISTY DAVIS LANGFORD AND BILLY RAY DAVIS,**
**IN RE: ESTATE OF JOHNNY RAY DAVIS, DECEASED,**
Appellees

Appeal from the County Court at Law

of Nacogdoches County, Texas (Tr.Ct.No. PB1712687)

THIS CAUSE came on to be heard on the joint motion of the Appellants and Appellees to abate the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the joint motion to abate be **granted** and the appeal be **abated,** and that the decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*